U.S.M.J. LOIS BLOOM                                           DATE: 6/26/2024

# CRIMINAL CAUSE FOR PLEADING

USA -v- STEPHEN MEAD                           Docket No.: 21-CR-48 (MKB)(LB)-1

Defendant: Stephen Mead

✓ present ___ not present ___ custody ___ bail

Defendant's Counsel: Andrew Dennis Dillon, Brian Jacobs

✓ present ___ not present ___ CJA ___ LAS ___ Retained

AUSA: Craig R. Heeren

Interpreter: N/A                                Language: English

FTR (2:23pm - 3:09pm)                           Reporter: N/A

✓ Case Called
___ Defendant=s First Appearance
✓ Defendant: ✓ Sworn ___ Arraigned ✓ Informed of Rights
___ Waiver of Indictment Executed for Defendant
___ Superceding Indictment/Information Filed
___ Bench Warrant Issued: _____
___ Defendant Enters Guilty/Not Guilty Plea to Count(s) _____ of the (Superceding) Indictment/Information
✓ Defendant Withdraws Not Guilty Plea and Enters Guilty Plea to Count(s) One of the (Superceding) Indictment/Information
✓ Court Finds Factual Basis for the Plea
✓ Sentencing Set for 9/17/24 at 10:30 am
___ Sentencing to be Set by Probation
✓ Bail/Bond: ___ Set ✓ Continued for Defendant ___ Continued in Custody
___ Case Adjourned to ___/___/___ at _____
✓ Pursuant to Federal Rule of Criminal Procedure 11, the Magistrate Judge did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate Judge recommends that the plea of guilty be accepted.
✓ Transcript Ordered
___ Other: _____